NEALE, Respondent, v. WALTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 4 1907.) Action by

Isabella Neale against John Walter. Max Schleimer, for appellant. Frederick W. Block, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to place the case on the equity calendar granted; the action being for the removal of a cloud on title, and not for ejectment.